**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Robin Deborah Novak,<br><br>      Debtor. | Case No. 25-10046-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: January 6, 2025

*/s/ Michael A. Cibik*

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302


Cavalry Portfolio Services
Attn: Bankruptcy Attn: Bankruptcy
1 American Lane , Ste 220
Greenwich, CT 06831


Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104


City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617


City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819


Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Finance Of America Mortgage
Attn: Bankruptcy Attn: Bankruptcy
5830 Granite Pwy , Ste 400
Plano, TX 75024

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Hladik, Onorato & Federman, LLP
Attn: Bankruptcy
298 Wissahickon Ave
North Wales, PA 19454-4156

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Attn: Bankruptcy
Po Box 7999
Saint Cloud, MN 56302-7999

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Macy's/ DSNB
Atytn: Bankruptcy 701 E. 60th Street North
Sioux Falls, SD 57104

Midland Mortgage Co
Attn: Customer Service/Bankruptcy
PO Box 26648
Oklahoma City, OK 73216-0648

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

NAVY FCU
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616


Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Synchrony Bank/Banana
Republic
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Target
c/o Financial & Retail Srvs Mailstop BT
POB 9475
Minneapolis, MN 55440


Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Education
c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1904


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


Varo Bank
Attn: Bankruptcy 222 Kearny Street 9th
Floor
San Francisco, CA 94108


Westlake Portfolio
Management, LLC
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90054-0809