**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Robin Deborah Novak,<br><br>                      Debtor. | Case No. 25-10046-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Amended Notice of Motion to Extend the Automatic Stay to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: January 9, 2025

*/s/ Michael A. Cibik*

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302


Cavalry Portfolio Services
Attn: Bankruptcy Attn: Bankruptcy
1 American Lane , Ste 220
Greenwich, CT 06831


Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104


City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819


Comenity Bank/Express
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Bank/Victoria Secret**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Finance Of America Mortgage**
Attn: Bankruptcy Attn: Bankruptcy
5830 Granite Pwy , Ste 400
Plano, TX 75024

**Fst Premier**
3820 N Louise Avenue
Sioux Falls, SD 57107

**Genesis FS Card Services**
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

**Hladik, Onorato & Federman, LLP**
Attn: Bankruptcy
298 Wissahickon Ave
North Wales, PA 19454-4156

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems, LLC**
Attn: Bankruptcy
Po Box 7999
Saint Cloud, MN 56302-7999

**Kohl's**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

**Macy's/ DSNB**
Atytn: Bankruptcy 701 E. 60th Street North
Sioux Falls, SD 57104

**Midland Mortgage Co**
Attn: Customer Service/Bankruptcy
PO Box 26648
Oklahoma City, OK 73216-0648

**Mrc/united Wholesale M**
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

**NAVY FCU**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**Nelnet**
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Synchrony Bank/Banana Republic**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Target**
c/o Financial & Retail Srvs Mailstop BT
POB 9475
Minneapolis, MN 55440

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Education**
c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1904

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Varo Bank**
Attn: Bankruptcy 222 Kearny Street 9th Floor
San Francisco, CA 94108

**Westlake Portfolio Management, LLC**
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90054-0809