**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| In re:<br><br>ROBIN DEBORAH NOVAK<br><br><br>Debtor(s), | Bankruptcy No: 25-10046<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |
|---|---|

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before February 17, 2025.

3. This case may be dismissed without further notice if the Schedules are not filed by February 17, 2025.

4. Any request for an extension of time must be filed on or before February 17, 2025.

DATE: Feb. 4, 2025

_____
Honorable Ashely M. Chan
U. S. Bankruptcy Judge