# Earnings Statement

**AMERICAN WATER**
AMERICAN WATER SERVICES O&M
1 WATER ST
CAMDEN, NJ 08102
INQUIRES, CALL 866-777-8426

Period Beginning: 01/20/2025
Period Ending: 02/02/2025
Pay Date: 02/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ROBIN D NOVAK
3 NORTH CHRISTOPHER COLUMBUS B
PL263
PHILADELPHIA PA 19106-1420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.8078 | 69.50 | 2,766.64 | 8,412.80 |
| Holiday Paid | 39.8078 | 8.00 | 318.46 | 933.85 |
| Sick | 39.8078 | 2.50 | 99.52 | 99.52 |
| **Gross Pay** | | | **$3,184.62** | 9,446.17 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,751.35

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -282.76 | 873.24 |
| Social Security Tax | | -176.73 | 536.99 |
| Medicare Tax | | -41.33 | 125.59 |
| PA State Income Tax | | -88.47 | 268.80 |
| Philadelphia Income Tax | | -119.55 | 382.73 |
| NJ SUI Tax | | -13.53 | 43.33 |
| NJ Paid Family Leave Ins | | -10.51 | 33.65 |
| **Other** | | | |
| Dentalinsurance | | -3.58* | 3.58 |
| Hsa Ee Account | | -125.00* | 250.00 |
| Medical | | -46.65* | 55.35 |
| Medical Fsa | | -126.92* | 380.76 |
| Pet Insurance | | -40.93 | 122.79 |
| Transit | | -35.00* | 105.00 |
| Visioninsurance | | -0.58* | 0.62 |
| 401K Pre-Tx | | -95.54* | 283.39 |
| **Net Pay** | | **$1,977.54** | |
| Checking | | -1,897.54 | |
| Checking | | -80.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basic Life Post | 3.46 | 10.20 |
| Er Cost Dental | 11.31 | 11.31 |
| Er Cost Eap | 0.68 | 2.00 |
| Er Cost Life | 10.38 | 30.81 |
| Er Cost Ltd | 8.92 | 26.46 |
| Er Cost Medical | 462.11 | 1,419.09 |
| Er Dca 525 | 167.19 | 495.92 |
| ER COST VISION | 2.01 | 11.94 |
| FLOAT BEG BAL | 48.00 | |
| FLOAT END BAL | 48.00 | |
| PRYR VAC BEG | 24.00 | |
| PRYR VAC END | 24.00 | |
| SICK BEG BAL | 80.00 | |
| SICK END BAL | 77.50 | |
| SICK TAKEN | 2.50 | |
| VAC BEG BAL | 80.00 | |
| VAC END BAL | 80.00 | |
| 401K Er Match | 95.54 | 283.39 |

© 2000 ADP, Inc.



AMERICAN WATER SERVICES O&M
1 WATER ST
CAMDEN, NJ 08102
INQUIRES, CALL 866-777-8426

**Advice number:** 00000064309
**Pay date:** 02/07/2025



**Deposited to the account of**
**ROBIN D NOVAK**

| account number | transit ABA | amount |
|---|---|---|
| xxxx8801 | xxxx xxxx | $1,897.54 |
| xxxxx8301 | xxxx xxxx | $80.00 |

**NON-NEGOTIABLE**

**Earnings Statement**

ADP

Page 2

AMERICAN WATER

AMERICAN WATER SERVICES O&M
1 WATER ST
CAMDEN, NJ 08102
INQUIRES, CALL 866-777-8426

Period Beginning:  01/20/2025
Period Ending:     02/02/2025
Pay Date:          02/07/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

ROBIN D NOVAK
3 NORTH CHRISTOPHER COLUMBUS B
PL263
PHILADELPHIA PA 19106-1420

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:           Single
Exemptions/Allowances:
  NJ:           Table A

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



# Earnings Statement

**ADP**

| | |
|---|---|
| AMERICAN WATER SERVICES O&M | Period Beginning: 01/06/2025 |
| 1 WATER ST | Period Ending: 01/19/2025 |
| CAMDEN, NJ 08102 | Pay Date: 01/24/2025 |
| INQUIRES, CALL 866-777-8426 | |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

ROBIN D NOVAK
3 NORTH CHRISTOPHER COLUMBUS B
PL263
PHILADELPHIA PA 19106-1420

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 39.8078 | 80.00 | 3,184.62 | 5,646.16 |
| Holiday Paid | | | | 615.39 |
| **Gross Pay** | | | **$3,184.62** | 6,261.55 |

Your federal taxable wages this period are $2,797.79

**Deductions**  **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -292.98 | 590.48 |
| Social Security Tax | -179.60 | 360.26 |
| Medicare Tax | -42.01 | 84.26 |
| PA State Income Tax | -89.90 | 180.33 |
| Philadelphia Income Tax | -119.55 | 263.18 |
| NJ SUI Tax | -13.54 | 29.80 |
| NJ Paid Family Leave Ins | -10.51 | 23.14 |

**Other**

| | this period | year to date |
|---|---|---|
| Hsa Ee Account | -125.00* | 125.00 |
| Medical | -4.35* | 8.70 |
| Medical Fsa | -126.92* | 253.84 |
| Pet Insurance | -40.93 | 81.86 |
| Transit | -35.00* | 70.00 |
| Visioninsurance | -0.02* | 0.04 |
| 401K Pre-Tx | -95.54* | 187.85 |
| **Net Pay** | | **$2,008.77** |
| Checking | -1,928.77 | |
| Checking | -80.00 | |
| **Net Check** | | **$0.00** |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Basic Life Post | 3.46 | 6.74 |
| Er Cost Eap | 0.68 | 1.32 |
| Er Cost Life | 10.38 | 20.43 |
| Er Cost Ltd | 8.92 | 17.54 |
| Er Cost Medical | 478.49 | 956.98 |
| Er Dca 525 | 167.19 | 328.73 |
| ER COST VISION | 2.01 | 9.93 |
| FLOAT BEG BAL | 48.00 | |
| FLOAT END BAL | 48.00 | |
| PRYR VAC BEG | 24.00 | |
| PRYR VAC END | 24.00 | |
| SICK BEG BAL | 80.00 | |
| SICK END BAL | 80.00 | |
| VAC BEG BAL | 80.00 | |
| VAC END BAL | 80.00 | |
| 401K Er Match | 95.54 | 187.85 |

**Additional Tax Withholding Information**

Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: Table A

* Excluded from federal taxable wages

© 2000 ADP, Inc.



| | |
|---|---|
| AMERICAN WATER SERVICES O&M | **Advice number:** 00000040309 |
| 1 WATER ST | **Pay date:** 01/24/2025 |
| CAMDEN, NJ 08102 | |
| INQUIRES, CALL 866-777-8426 | |

**Deposited to the account of**
**ROBIN D NOVAK**

| account number | transit ABA | amount |
|---|---|---|
| xxxx8801 | xxxx xxxx | $1,928.77 |
| xxxxx8301 | xxxx xxxx | $80.00 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**



**Earnings Statement** ADP

AMERICAN WATER SERVICES O&M
1 WATER ST
CAMDEN, NJ 08102
INQUIRES, CALL 866-777-8426

Period Beginning: 12/23/2024
Period Ending: 01/05/2025
Pay Date: 01/10/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ROBIN D NOVAK
3 NORTH CHRISTOPHER COLUMBUS B
PL263
PHILADELPHIA PA 19106-1420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.4616 | 64.00 | 2,461.54 | 2,461.54 |
| Holiday Paid | 38.4616 | 16.00 | 615.39 | 615.39 |
| **Gross Pay** | | | **$3,076.93** | 3,076.93 |

Your federal taxable wages this period are $2,818.33

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -297.50 | 297.50 |
| | Social Security Tax | -180.66 | 180.66 |
| | Medicare Tax | -42.25 | 42.25 |
| | PA State Income Tax | -90.43 | 90.43 |
| | Philadelphia Income Tax | -143.63 | 143.63 |
| | NJ SUI Tax | -16.26 | 16.26 |
| | NJ Paid Family Leave Ins | -12.63 | 12.63 |
| | **Other** | | |
| | Medical | -4.35* | 4.35 |
| | Medical Fsa | -126.92* | 126.92 |
| | Pet Insurance | -40.93 | 40.93 |
| | Transit | -35.00* | 35.00 |
| | Visioninsurance | -0.02* | 0.02 |
| | 401K Pre-Tx | -92.31* | 92.31 |
| | **Net Pay** | | **$1,994.04** |
| | Checking | -1,914.04 | |
| | Checking | -80.00 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basic Life Post | 3.28 | 3.28 |
| Er Cost Eap | 0.64 | 0.64 |
| Er Cost Life | 10.05 | 10.05 |
| Er Cost Ltd | 8.62 | 8.62 |
| Er Cost Medical | 478.49 | 478.49 |
| Er Dca 525 | 161.54 | 161.54 |
| ER COST VISION | 7.92 | 7.92 |
| FLOAT BEG BAL | 4.00 | |
| FLOAT END BAL | 48.00 | |
| PRYR VAC END | 24.00 | |
| SICK BEG BAL | 40.00 | |
| SICK END BAL | 80.00 | |
| VAC BEG BAL | 24.00 | |
| VAC END BAL | 80.00 | |
| 401K Er Match | 92.31 | 92.31 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: Table A

* Excluded from federal taxable wages

© 2000 ADP, Inc.



AMERICAN WATER SERVICES O&M
1 WATER ST
CAMDEN, NJ 08102
INQUIRES, CALL 866-777-8426

**Advice number:** 00000020306
**Pay date:** 01/10/2025

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ROBIN D NOVAK** | xxxx8801 | xxxx xxxx | $1,914.04 |
| | xxxxx8301 | xxxx xxxx | $80.00 |

**NON-NEGOTIABLE**



# Earnings Statement

| | |
|---|---|
| AMERICAN WATER SERVICES O&M | Period Beginning: 12/09/2024 |
| 1 WATER ST | Period Ending: 12/22/2024 |
| CAMDEN, NJ 08102 | Pay Date: 12/27/2024 |
| INQUIRES, CALL 866-777-8426 | |

ROBIN D NOVAK
3 NORTH CHRISTOPHER COLUMBUS B
PL263
PHILADELPHIA PA 19106-1420

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.4616 | 80.00 | 3,076.93 | 17,384.66 |
| Floating Hol | | | | 461.54 |
| Holiday Paid | | | | 615.39 |
| **Gross Pay** | | | **$3,076.93** | 18,461.59 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -322.38 | 2,056.39 |
| | Social Security Tax | -185.21 | 1,122.80 |
| | Medicare Tax | -43.31 | 262.59 |
| | PA State Income Tax | -91.61 | 555.36 |
| | Philadelphia Income Tax | -115.51 | 693.06 |
| | NJ SUI Tax | -13.08 | 78.46 |
| | NJ Paid Family Leave Ins | -2.77 | 16.62 |
| | **Other** | | |
| | Accident Insur | -2.68 | 10.72 |
| | Dentalinsurance | -7.16* | 28.64 |
| | Hosp Indeminity | -12.24 | 48.96 |
| | Medical | -84.60* | 338.40 |
| | Visioninsurance | -1.12* | 4.48 |
| | 401K Pre-Tx | -92.31* | 184.62 |
| | **Net Pay** | **$2,102.95** | |
| | Checking | -2,022.95 | |
| | Checking | -80.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,891.74

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basic Life Post | 3.28 | 19.68 |
| Er Cost Dental | 30.30 | 121.20 |
| Er Cost Eap | 0.64 | 3.84 |
| Er Cost Life | 10.05 | 60.30 |
| Er Cost Ltd | 8.62 | 51.72 |
| Er Cost Medical | 441.81 | 1,767.24 |
| Er Dca 525 | 161.54 | 969.24 |
| ER COST VISION | 5.91 | 5.91 |
| FLOAT BEG BAL | 4.00 | |
| FLOAT END BAL | 4.00 | |
| SICK BEG BAL | 40.00 | |
| SICK END BAL | 40.00 | |
| VAC BEG BAL | 24.00 | |
| VAC END BAL | 24.00 | |
| 401K Er Match | 92.31 | 184.62 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: Table A

\* Excluded from federal taxable wages

© 2000 ADP, Inc.



| | | |
|---|---|---|
| AMERICAN WATER SERVICES O&M | Advice number: | 00000520306 |
| 1 WATER ST | Pay date: | 12/27/2024 |
| CAMDEN, NJ 08102 | | |
| INQUIRES, CALL 866-777-8426 | | |

**Deposited to the account of** | account number | transit ABA | amount
---|---|---|---
**ROBIN D NOVAK** | xxxx8801 | xxxx xxxx | $2,022.95
 | xxxxx8301 | xxxx xxxx | $80.00

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| | | | | |
|---|---|---|---|---|
| AMERICAN WATER SERVICES O&M | | | Period Beginning: | 11/25/2024 |
| 1 WATER ST | | | Period Ending: | 12/08/2024 |
| CAMDEN, NJ 08102 | | | Pay Date: | 12/13/2024 |
| INQUIRES, CALL 866-777-8426 | | | | |

**Earnings Statement** — ADP

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

ROBIN D NOVAK
3 NORTH CHRISTOPHER COLUMBUS B
PL263
PHILADELPHIA PA 19106-1420

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.4616 | 60.00 | 2,307.70 | 14,307.73 |
| Floating Hol | 38.4616 | 4.00 | 153.85 | 461.54 |
| Holiday Paid | 38.4616 | 16.00 | 615.39 | 615.39 |
| **Gross Pay** | | | **$3,076.94** | 15,384.66 |

Your federal taxable wages this period are $2,891.75

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -322.39 | 1,734.01 |
| | Social Security Tax | -185.22 | 937.59 |
| | Medicare Tax | -43.32 | 219.28 |
| | PA State Income Tax | -91.61 | 463.75 |
| | Philadelphia Income Tax | -115.51 | 577.55 |
| | NJ SUI Tax | -13.07 | 65.38 |
| | NJ Paid Family Leave Ins | -2.77 | 13.85 |
| **Other** | | | |
| | Accident Insur | -2.68 | 8.04 |
| | Dentalinsurance | -7.16* | 21.48 |
| | Hosp Indemnity | -12.24 | 36.72 |
| | Medical | -84.60* | 253.80 |
| | Visioninsurance | -1.12* | 3.36 |
| | 401K Pre-Tx | -92.31* | 92.31 |
| **Net Pay** | | **$2,102.94** | |
| | Checking | -2,102.94 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basic Life Post | 3.28 | 16.40 |
| Er Cost Dental | 30.30 | 90.90 |
| Er Cost Eap | 0.64 | 3.20 |
| Er Cost Life | 10.05 | 50.25 |
| Er Cost Ltd | 8.62 | 43.10 |
| Er Cost Medical | 441.81 | 1,325.43 |
| Er Dca 525 | 161.54 | 807.70 |
| FLOAT BEG BAL | 8.00 | |
| FLOAT END BAL | 4.00 | |
| FLOAT TAKEN | 4.00 | |
| SICK BEG BAL | 40.00 | |
| SICK END BAL | 40.00 | |
| VAC BEG BAL | 24.00 | |
| VAC END BAL | 24.00 | |
| 401K Er Match | 92.31 | 92.31 |

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Single
Exemptions/Allowances:
  NJ: Table A

* Excluded from federal taxable wages

© 2000 ADP, Inc.



AMERICAN WATER SERVICES O&M
1 WATER ST
CAMDEN, NJ 08102
INQUIRES, CALL 866-777-8426

**Advice number:** 00000500305
**Pay date:** 12/13/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBIN D NOVAK | xxxx8801 | xxxx xxxx | $2,102.94 |

**NON-NEGOTIABLE**