**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Robin Deborah Novak,<br><br>       Debtor. | Case No. 25-10046-AMC<br>Chapter 13 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Robin Deborah Novak, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: Feburary 19, 2025        CIBIK LAW, P.C.
                     *Counsel for Debtor*

                     By: /s/ Michael A. Cibik
                        Michael A. Cibik (#23110)
                        1500 Walnut Street, Suite 900
                        Philadelphia, PA 19102
                        215-735-1060
                        mail@cibiklaw.com