# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Robin Deborah Novak, | Case No. 25-10046-AMC |
| | Chapter 13 |
| Debtor. | |

### ORDER DIRECTING EMPLOYER
### TO MAKE WAGE DEDUCTION

Upon motion of Robin Deborah Novak, it is hereby **ORDERED** that:

1. Debtor's employer, 22nd Century Technologies, Inc. ("the employer") shall pay $110.00 directly from each of her regular weekly paychecks, to the chapter 13 trustee at the following address:

   Kenneth E. West, Chapter 13 Trustee
   P.O. Box 1799
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

                                                      Honorable Ashely M. Chan
                                                    Chief Judge, United States Bankruptcy Court

CC: 22nd Century Technologies, Inc.
ATTN: Payroll, Re: Wage Deduction
8251 Greensboro Dr
Suite 900
McLean, VA 22102