# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Robin Deborah Novak,

                    **Debtor.**

| | |
|---|---|
| | **CHAPTER 13** |
| | **CASE NO. 25-10046-AMC** |

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Proposed Order Re: Motion to Pay Trustee (Amended) which was filed with the Court on February 20, 2025, as ECF No. 27. Thank you.

Date: February 20, 2025

                CIBIK LAW, P.C.
                *Counsel for Debtor*

                By: */s/ Michael A. Cibik*
                    Michael A. Cibik (#23110)
                    1500 Walnut Street, Suite 900
                    Philadelphia, PA 19102
                    215-735-1060
                    mail@cibiklaw.com