# EXHIBIT C

-4   Filed 04/23/25   Entered 04/23/25 14:17:19   Desc
Exhibit C-AOM in Philadelphia PA   Doc Id: 53492481
Recorded in Philadelphia PA
03/27/2019 01:38 PM   Page 1 of 3   Rec Fee: $224.75
Receipt#:
Records Department   Doc Code:

When Recorded Return To:
DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX  75019

## CORPORATE ASSIGNMENT OF MORTGAGE

**Philadelphia, Pennsylvania**
**SELLER'S SERVICING #:**          "NOVAK"

**MIN #:**                **SIS #:**

Date of Assignment: March 14th, 2019

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS
Assignee: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

I hereby certify the precise address of the within named Assignor is P.O. BOX 2026, FLINT, MI 48501-2026.

I hereby certify the precise address of the within named Assignee is 8950 CYPRESS WATERS BLVD., COPPELL, TX  75019.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 1901 E Voorhees Street, Suite C, Danville, IL 61834 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Executed By: ROBIN D. NOVAK, SOLE OWNER  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC
Date of Mortgage:  12/05/2017 Recorded:  12/08/2017 as Instrument/Document: 53301553  In the County of Philadelphia, State of Pennsylvania.
Property Address: 3 N COLUMBUS BLVD PL263, PHILADELPHIA, PA  19106 in the City of Philadelphia
Legal:  See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

I do certify that the precise address of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER is 8950 CYPRESS WATERS BLVD., COPPELL, TX  75019
Attested By:
_____
Mohamed Hameed

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $228,123.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained,

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS
On March 14th, 2019

By: _____
MOHAMED HAMEED,
Vice-President


STATE OF Texas
COUNTY OF Dallas

On March 14th, 2019, before me, OMAR BASPED, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Vice-President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
OMAR BASPED
Notary Expires: 12/04/2019 #130458850

OMAR BASPED
Notary Public, State of Texas
Comm. Expires 12-04-2019
Notary ID 130458850

(This area for notarial seal)

ALL THAT CERTAIN Unit designated as Unit Number PL263 being a Unit in Pier 3 Condominium, a condominium created pursuant to the provisions of the Uniform Condominium Act, 68 Pa. C.S. Section 3101 et. seq. as a leasehold condominium, SITUATE in the City and County of Philadelphia, Commonwealth of Pennsylvania, as designated in the Declaration of Condominium for Pier 3 Condominium, a condominium, and the Plats and Plans attached thereto and incorporated therein as Exhibit "C" which Declaration of Condominium was dated as of the First day of August A.D. 1986 and recorded in the Department of Records in and for the County of Philadelphia (The "Recorder's Office") on the Twenty-ninth day of August 1986 in Deed Book F.H.S. #566 page 474 as such Declaration was amended and restated by a certain Amended and Restated Declaration of Condominium, dated as of March 24, 1994 and recorded in the Recorder's Office on May 6, 1994 in Book VCS 566 page 384; and amended and restated by a certain Amended and Restated Declaration of Condominium, dated as of August 3, 2011, and recorded in Document ID No. 52380496.

TOGETHER with all right, leasehold, title and interest, being a .4559% undivided interest of, in and to the Common Elements, as set forth in the aforesaid Declaration of Condominium, as amended.

AND TOGETHER with all right, leasehold title and interest of, in, and to the Limited Common Elements designated for said Unit in the aforesaid Declaration of Condominium and Plats and Plans.

When Recorded Return To:
DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

**Philadelphia, Pennsylvania**
**SELLER'S SERVICING** ███████ "NOVAK"

Date of Assignment: August 6th, 2024

Assignor: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
Assignee: MIDFIRST BANK

Executed By: ROBIN D NOVAK, SOLE OWNER  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FINANCE OF AMERICA MORTGAGE LLC, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 12/05/2017  Recorded: 12/08/2017  as Instrument/Document: 53301553  In the County of Philadelphia, State of Pennsylvania.
Property Address: 3 N COLUMBUS BLVD PL263, PHILADELPHIA, PA  19106 in the City of Philadelphia
Legal:  ALL THAT CERTAIN UNIT DESIGNATED AS UNIT NUMBER PL263 BEING A UNIT IN PIER 3 CONDOMINIUM, A CONDOMINIUM CREATED PURSUANT TO THE PROVISIONS OF THE UNIFORM CONDOMINIUM ACT, 68 PA. C.S. SECTION 3101 ET. SEQ. AS A LEASEHOLD CONDOMINIUM,
SITUATE IN THE CITY AND COUNTY OF PHILADELPHIA, COMMONWEALTH OF PENNSYLVANIA, AS DESIGNATED IN THE DECLARATION OF CONDOMINIUM FOR PIER 3 CONDOMINIUM, A CONDOMINIUM, AND THE PLATS AND PLANS ATTACHED THERETO AND INCORPORATED THEREIN AS EXHIBIT "C" WHICH DECLARATION OF CONDOMINIUM WAS DATED AS OF THE FIRST DAY OF AUGUST A.D. 1986 AND RECORDED IN THE DEPARTMENT OF RECORDS IN AND FOR THE COUNTY OF PHILADELPHIA ( THE "RECORDER'S OFFICE" ) ON THE TWENTY-NINTH DAY OF AUGUST 1986 IN DEED BOOK F.H.S #566 PAGE 474 AS SUCH DECLARATION WAS AMENDED AND RESTATED BY A CERTAIN AMENDED AND RESTATED DECLARATION OF CONDOMINIUM, DATED AS OF MARCH 24, 1994 AND RECORDED IN THE RECORDER'S OFFICE ON MAY 6, 1994 IN BOOK VC5 566 PAGE 384; AND AMENDED AND RESTATED BY A CERTAIN AMENDED AND RESTATED DECLARATION OF CONDOMINIUM, DATED AS OF AUGUST 3, 2011, AND RECORDED IN DOCUMENT ID NO. 52380496.

TOGETHER WITH ALL RIGHT, LEASEHOLD, TITLE AND INTEREST, BEING A .4559% UNDIVIDED INTEREST OF, IN AND TO THE COMMON ELEMENTS, AS SET FORTH IN THE AFORESAID DECLARATION OF CONDOMINIUM, AS AMENDED.

AND TOGETHER WITH ALL RIGHT, LEASEHOLD TITLE AND INTEREST OF, IN, AND TO THE LIMITED COMMON ELEMENTS DESIGNATED FOR SAID UNIT IN THE AFORESAID DECLARATION OF CONDOMINIUM AND PLATS AND PLANS.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

I do certify that the precise address of MIDFIRST BANK is 1920 MCKINNEY AVE., DALLAS, TX 75201
Attested By:

_____ Tuyet Vo

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $228,123.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
On August 6th, 2024

By: _____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Denton

On August 6th, 2024, before me, VALENCIA METCALF, a Notary Public in and for Denton in the State of Texas, personally appeared TSEDALE ALEMU , Vice-President of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
VALENCIA METCALF
Notary Expires: 02/28/2027 #128535414

VALENCIA METCALF
Notary Public, State of Texas
Comm. Expires 02-28-2027
Notary ID 128535414
(This area for notarial seal)