**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Robin Deborah Novak | **BK NO. 25-10046 DJB** |
| **Debtor(s)** | **Chapter 13** |
| **MIDFIRST BANK** | **Related to Claim No. 4** |
| **Movant** | |
| vs. | |
| **Robin Deborah Novak** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, J. Eric Kishbaugh, certify that on 4/23/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief from Stay
- Notice of Motion
- Proposed Order
- Exhibits A-D

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 4/23/2025

**/s/ J. Eric Kishbaugh**
**J. Eric Kishbaugh,** Esquire
Attorney I.D. 33078
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Robin Deborah Novak<br>3 N Columbus Blvd<br>PL 263<br>Philadelphia, PA 19106 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik Esq.<br>1500 Walnut Street, Suite 900<br>(VIA ECF)<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee (VIA ECF)<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |