# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Robin Deborah Novak,<br><br>            Debtor. | Case No. 25-10046-DJB<br><br>Chapter 13 |

### Debtor's Objection to Motion for Relief from the Automatic Stay

Debtor Robin Deborah Novak, by and through her attorney, hereby objects to the Motion for Relief from the Automatic Stay filed by MidFirst Bank and asks to be heard by the Court before the entry of a final order.

Date: April 25, 2025

CIBIK LAW, P.C.
*Counsel for Debtor Leslie Burke*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to the Motion for Relief from the Automatic Stay to be served on the U.S. Trustee, the Chapter 13 Trustee, and MidFirst Bank through the CM/ECF system along with all attachments.

Date: April 25, 2025

CIBIK LAW, P.C.
*Counsel for Debtor Leslie Burke*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com