**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-10046-djb |
| ROBIN DEBORAH NOVAK | Chapter 13 |
| *Debtor* | |
| | |
| PIER 3 CONDOMINIUM ASSOCIATION | |
| *Movant* | |
| vs. | |
| ROBIN DEBORAH NOVAK, | |
| *Debtor/Respondent* | |

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**

Pier 3 Condominium Association ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by Robin Deborah Novak ("Debtor"), as follows:

1. As of the bankruptcy filing date of January 6, 2025, Movant holds a secured claim against the Debtor's property located at 3 North Columbus Blvd, Unit 263, Philadelphia, PA 19106 (the "Property").

2. Movant has filed its Proof of Claim on March 17, 2025, in the secured total amount of $72,095.27. *See Proof of Claim# 9 filed on the Claims Register.*

3. The Plan does not provide for the full repayment of Movant's full claim.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

  WHEREFORE, Movant respectfully requests that the Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Date: 5/9/2025      HLADIK, ONORATO & FEDERMAN, LLP

          BY: /s/ Danielle Boyle-Ebersole

            Danielle Boyle-Ebersole, Esquire
            PA Attorney ID# 81747
            298 Wissahickon Avenue
            North Wales, PA 19454
            Phone: (215) 855-9521
            Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-10046-djb |
| ROBIN DEBORAH NOVAK<br>*Debtor* | Chapter 13 |
| PIER 3 CONDOMINIUM ASSOCIATION<br>*Movant* | |
| vs. | |
| ROBIN DEBORAH NOVAK,<br>*Debtor/Respondent* | |

**CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN**

I, the undersigned attorney, attorney for Pier 3 Condominium Association, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

Robin Deborah Novak
3 North Columbus Blvd Unit 263
Philadelphia, PA 19106
VIA REGULAR CLASS MAIL
*Debtor*

Michael A. Cibik, Esquire
VIA CM/ECF Notification
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA CM/ECF Notification
*Chapter 13 Trustee*

Date: 5/9/2025        HLADIK, ONORATO & FEDERMAN, LLP


BY:    /s/ Danielle Boyle-Ebersole
       Danielle Boyle-Ebersole, Esquire
       PA Attorney ID# 81747
       298 Wissahickon Avenue
       North Wales, PA 19454
       Phone: (215) 855-9521
       Email: dboyle-ebersole@hoflawgroup.com