**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Robin Deborah Novak | : | |
| | : | Bankruptcy No. 25-10046-DJB |
| | : | |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Consent Order filed at Docket entry #64.

 

Respectfully submitted,

Date: August 6, 2025                                                                 /s/ Kenneth E. West, Esq
Kenneth E. West, Esq.
Chapter 13 Standing Trustee