# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robin Deborah Novak,<br><br>        *Debtor*. | Case No. 24-10046-DJB<br>Chapter 13 |

## Motion to Withdraw as Attorney for Debtor

Cibik Law, P.C. (the "Movant"), by and through Michael A. Cibik, Esq., moves this Court as follows:

1. The Movant is and has been Debtor Robin Deborah Novak's attorney since this case was filed under chapter 13 on January 6, 2025.

2. Grounds to withdraw as the Debtor's attorney exist under Pa. R. Prof'l. Cond. 1.16(b)(4), but stating particular facts in support of this motion may be inconsistent with Pa. R. Prof'l. Cond. 1.6.

3. The Debtor has stated on the record that they plan to move forward with different counsel.

4. The Movant wishes to withdraw as the Debtor's attorney.

For those reasons, the Court must grant relief in the form of order attached, and further in the Movant's favor if necessary and proper under the law.

Date: August 7, 2025      CIBIK LAW, P.C.
                *Attorney for Debtor*

                By: /s/ Michael A. Cibik
                  Michael A. Cibik (#23110)
                  1500 Walnut Street, Suite 900
                  Philadelphia, PA 19102
                  215-735-1060
                  help@cibiklaw.com