# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Robin Deborah Novak,<br><br>        Debtor. | Case No. 25-10046-DJB<br>Chapter 13 |

**Certificate of Service**

 I, Michael A. Cibik, certify that on August 7, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Withdraw as Attorney for Debtor and Proposed Order

- Notice of Motion to Withdraw as Attorney for Debtor

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: August 7, 2025

                  /s/ Michael A. Cibik
                  Michael A. Cibik (#23110)
                  Cibik Law, P.C.
                  1500 Walnut Street, Suite 900
                  Philadelphia, PA 19102
                  215-735-1060
                  mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Robin Deborah Novak**
3 N Columbus Blvd
PL 263
Philadelphia, PA 19106-1407
Method of Service: First Class Mail