# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin Deborah Novak <br>                            <u>Debtor</u> <br><br> MIDFIRST BANK <br>                            <u>Moving Party</u> <br>       vs. <br><br> Robin Deborah Novak <br>                            <u>Debtor</u> <br><br> and Kenneth E. West <br>                            <u>Trustee</u> | Chapter 13 <br><br><br> NO. 25-10046 DJB <br><br><br> 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated July 30, 2025 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

August 28, 2025

                                                             <u>/s/ Matthew Fissel</u>
                                                             Matthew Fissel, Esq.
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            Phone: (215) 627-1322
                                                            mfissel@kmllawgroup.com