**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET, SUITE 5000**
**PHILADELPHIA, PA 19106**
[www.kmllawgroup.com](www.kmllawgroup.com)

July 30, 2025

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

RE:   **NOTICE OF DEFAULT UNDER COURT-APPROVED STIPULATION**
      MIDFIRST BANK vs. Robin Deborah Novak
      Case No. 25-10046 DJB
      Last 4 Digits of Loan No. 9730

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Regular mortgage payments for the months of June 2025 through July 2025 in the amount of $2,186.43 per month;
- Installment payment for the month of June 2025 in the amount of $1,449.36;

**The total due is $5,822.22 and must be received on or before August 14, 2025.**

- The installment payment for July 2025, is/will be due on the last day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

KML Law Group, P.C.
/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

cc:   Robin Deborah Novak