# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. **25-10046-DJB** |
| | : | |
| | : | Chapter 13 |
| **Robin Deborah Novak** | : | **Hearing Date, Time & Place** |
| | : | |
| Debtor(s) | : | **October 2, 2025 at 11:00 am** |
| | : | Via Zoom *unless otherwise* |
| | : | *directed by the Court* |

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE WITH A BAR ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

AND NOW, this _____ day of _____ 2025, upon consideration of the Chapter 13 Standing Trustee's Amended Motion to Dismiss *with Prejudice* pursuant to 11 U.S.C. §§ 105 and 1307, and any answer filed thereto, and after a hearing, it is hereby

**ORDERED,** that Debtors are barred from a filing future bankruptcy for a period of <u>twenty-four (24) months</u>, either individually or jointly, without first obtaining this Court's permission, and it is further

**ORDERED**, that the Motion is GRANTED and the case is hereby DISMISSED, and that any wage orders previously entered are **VACATED**, and it is further

**ORDERED**, if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

BY THE COURT

**Date: October 6, 2025**

_____
HON. DEREK J. BAKER
BANKRUPTCY JUDGE

**Debtors**
Robin Deborah Novak
3 N. Columbus Boulevard
PL 263
Philadelphia, PA 19106

**Debtors' Counsel**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107