United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10046-djb
Robin Deborah Novak  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Oct 06, 2025 | Form ID: pdf900 | Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robin Deborah Novak, 3 N Columbus Blvd, PL 263, Philadelphia, PA 19106-1407 |
| 14966126 | + | Finance Of America Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 5830 Granite Pwy , Ste 400, Plano, TX 75024-6803 |
| 14966129 | | Hladik, Onorato & Federman, LLP, Attn: Bankruptcy, 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 14970310 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14966138 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14966141 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14987985 | + | Pier 3 Condominium Association, 3 N. Columbus Blvd., Philadelphia, PA 19106-1466 |
| 14966144 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14966149 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14966116 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 07 2025 00:39:58 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14979720 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 00:40:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966121 | | Email/Text: megan.harper@phila.gov | Oct 07 2025 00:28:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14966117 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2025 00:39:51 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14966118 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 07 2025 00:41:15 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14966119 | + | Email/Text: bankruptcy@cavps.com | Oct 07 2025 00:28:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane , Ste 220, Greenwich, CT 06831-2563 |
| 14966120 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 07 2025 00:28:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14966122 | | Email/Text: bankruptcy@philapark.org | Oct 07 2025 00:28:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14966123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2025 00:28:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

Case 25-10046-djb   Doc 83   Filed 10/08/25   Entered 10/09/25 00:40:42   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14966124 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 07 2025 00:28:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14966125 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2025 00:41:16 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14966133 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2025 00:39:53 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14966127 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 07 2025 00:41:17 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14966128 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 07 2025 00:28:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14966130 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2025 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14981691 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 07 2025 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14966131 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 07 2025 00:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14966132 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2025 00:41:13 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14969004 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 00:39:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14975289 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 07 2025 00:40:43 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14969923 | ^ | MEBN | Oct 07 2025 00:20:55 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14966134 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 07 2025 00:39:36 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14966135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2025 00:28:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14966136 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 07 2025 00:28:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14966137 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 07 2025 00:28:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14966139 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14966140 | ^ | MEBN | Oct 07 2025 00:20:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14966142 | | Email/Text: bankruptcy@philapark.org | Oct 07 2025 00:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14966143 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2025 00:41:12 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14968929 | ^ | MEBN | Oct 07 2025 00:20:56 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14966145 | + | Email/Text: bncmail@w-legal.com | Oct 07 2025 00:28:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14966146 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 07 2025 00:28:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |

Case 25-10046-djb    Doc 83    Filed 10/08/25    Entered 10/09/25 00:40:42    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 14966147 | Email/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2025 00:28:00 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14966148 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Oct 07 2025 00:28:00 | | U.S. Department of Education, c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 14966268 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov Oct 07 2025 00:39:40 | | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14975292 | Email/Text: EDBKNotices@ecmc.org Oct 07 2025 00:28:00 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14966150 | Email/Text: bankruptcynotices@varomoney.com Oct 07 2025 00:28:00 | | Varo Bank, Attn: Bankruptcy 222 Kearny Street 9th F, San Francisco, CA 94108 |
| 14966151 | ^ MEBN Oct 07 2025 00:20:53 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Pier 3 Condominium Association dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor MIDFIRST BANK ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robin Deborah Novak help@cibiklaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 06, 2025 | Form ID: pdf900 | Total Noticed: 49 |

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. **25-10046-DJB** |
| | : | |
| | : | Chapter 13 |
| **Robin Deborah Novak** | : | **Hearing Date, Time & Place** |
| | : | |
| Debtor(s) | : | **October 2, 2025 at 11:00 am** |
| | : | Via Zoom *unless otherwise* |
| | : | *directed by the Court* |

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE WITH A BAR ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

AND NOW, this _____ day of _____ 2025, upon consideration of the Chapter 13 Standing Trustee's Amended Motion to Dismiss *with Prejudice* pursuant to 11 U.S.C. §§ 105 and 1307, and any answer filed thereto, and after a hearing, it is hereby

**ORDERED,** that Debtors are barred from a filing future bankruptcy for a period of <u>twenty-four (24) months</u>, either individually or jointly, without first obtaining this Court's permission, and it is further

**ORDERED,** that the Motion is GRANTED and the case is hereby DISMISSED, and that any wage orders previously entered are **VACATED**, and it is further

**ORDERED**, if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

BY THE COURT

**Date: October 6, 2025**

_____
HON. DEREK J. BAKER
BANKRUPTCY JUDGE

**Debtors**
Robin Deborah Novak
3 N. Columbus Boulevard
PL 263
Philadelphia, PA 19106

**Debtors' Counsel**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107